180 So. 899

**Jerry JACKSON v. STATE.**

2 Div. 642.

Court of Appeals of Alabama.
March 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

178 So. 924

**Wiley JAÇO v. STATE.**

8 Div. 569.

Court of Appeals of Alabama.
Feb. 1, 1938.

RICE, Judge.
Appeal dismissed.

184 So. 917

**Edlow JACOBS v. STATE.**

4 Div. 480.

Court of Appeals of Alabama.
Nov. 15, 1938.

RICE, Judge.
Affirmed.

177 So. 922

**C. J. JENKINS v. STATE.**

6 Div. 217.

Court of Appeals of Alabama.
Dec. 7, 1937.

SAMFORD, Judge.
Affirmed.

184 So. 917

**Earl JERKINS v. STATE.**

4 Div. 415.

Court of Appeals of Alabama.
Nov. 22, 1938.

J. N. Mullins, of Dothan, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

176 So. 922

**Charlie JOCKISCH v. STATE.**

2 Div. 619.

Court of Appeals of Alabama.
Nov. 2, 1937.

SAMFORD, Judge.
Affirmed.

182 So. 924

**J. B. JOHNS v. CITY OF ANNISTON.**

7 Div. 386.

Court of Appeals of Alabama.
June 14, 1938.

642

Merrill, Jones & Whiteside, of Anniston, for appellant.

H. H. Evans, of Anniston, for appellee.

BRICKEN, Presiding Judge.

Affirmed.

185 So. 923

**Ed JOHNSON v. STATE.**

6 Div. 416.

Court of Appeals of Alabama.

Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

176 So. 923

**Edd JOHNSON v. STATE.**

8 Div. 536.

Court of Appeals of Alabama.

Oct. 26, 1937.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

186 So. 920

**Grady JOHNSON v. CITY OF ANNISTON.**

7 Div. 403.

Court of Appeals of Alabama.

Jan. 17, 1939.

Jas. L. Carter, of Anniston, for appellant.

H. H. Evans, of Anniston, for appellee.

RICE, Judge.

Affirmed.

180 So. 899

**Griffith JOHNSON v. STATE.**

7 Div. 363.

Court of Appeals of Alabama.

April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

188 So. 924

**Ike JOHNSON v. STATE.**

6 Div. 430.

Court of Appeals of Alabama.

May 16, 1939.

Mayfield & Mayfield, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

176 So. 922

**Steve JOHNSON v. STATE.**

7 Div. 314.

Court of Appeals of Alabama.

Nov. 2, 1937.